IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) SHIRLEY STANFORD, individually, and as Personal Representative of the Estate of DANIEL MOGHRABI, deceased,<br><br>Plaintiff,<br><br>v.<br><br>(2) JOYCE HOLLADAY, an individual, and (3) B&K TELECOMMUNICATIONS AND CONSTRUCTION, LLC, a Pennsylvania Limited Liability Company,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. CIV-18-1103-D |

**ORDER**

Upon review of the Notice of Removal, the Court finds insufficient factual allegations to support the assertion of federal subject matter jurisdiction under 28 U.S.C. § 1332.[1] Defendant B&K Telecommunications and Construction, LLC, is alleged to be limited liability company. A limited liability company is not treated like a corporation under 28 U.S.C. § 1332(c)(1), but like a limited partnership or other unincorporated association under *Carden v. Arkoma Assocs.*, 494 U.S. 185, 195-96 (1990). *See Siloam Springs Hotel, L.L.C. v. Century Surety Co.*, 781 F.3d 1233, 1237-38 (10th Cir. 2015). The Notice of Removal contains no information concerning the members of the limited

---

[1] The Court has "an independent obligation to determine whether subject-matter jurisdiction exists" and may raise the issue *sua sponte* at any time. *1mage Software, Inc. v. Reynolds & Reynolds Co.*, 459 F.3d 1044, 1048 (10th Cir. 2006); *see Arbaugh v. Y&H Corp.*, 546 U.S. 500 506 (2006).

liability company and, therefore, fails to allege the citizenship of these parties or to establish complete diversity of citizenship.

**IT IS THEREFORE ORDERED** that Defendant B&K Telecommunications and Construction, LLC, shall file an amended notice of removal to allege the existence of diversity jurisdiction within 14 days from the date of this Order.[2]

**IT IS SO ORDERED** this 13th day of November, 2018.

_____
TIMOTHY D. DEGIUSTI
UNITED STATES DISTRICT JUDGE

---

[2] Defendant need not re-file the exhibits attached to the Notice of Removal but may incorporate them by reference pursuant to Fed. R. Civ. P. 10(c).